UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| FRANCISCO IRIZARRY, | § § | |
| *Plaintiff,* | § § | Case No. 21-82098-CIV-CANNON |
| v. | § § | |
| CREDIT CONTROL, LLC, | § § | |
| *Defendant.* | § § § | |

**Defendant Credit Control LLC's Certificate of Interested Persons
and Corporate Disclosure Statement**

Defendant, hereby discloses the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Francisco Irizarry, Plaintiff
c/o Attorney for Plaintiff:
Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Ste. 1744
Fort Lauderdale, FL 33301

Credit Control, LLC, Defendant
c/o Counsel for Defendant:
Sangeeta Spengler, Esquire
GOLDEN SCAZ GAGAIN, PLLC
1135 Marbella Plaza Drive
Tampa, FL 33619

Credit Control Holdings, Inc. is the 100% owner of Credit Control, LLC and is not a publicly traded company. Credit Control, LLC, is not a publicly traded company. No publicly held corporation owns ten percent (10%)

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   *None.*

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or 20 largest unsecured creditors) in bankruptcy cases:

   *None.*

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Francisco Irizarry

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted by:

/s/Sangeeta Spengler
Sangeeta Spengler, ESQ.
Florida Bar No.: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
spspengler@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system on this 1st day of December, 2021, to:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Ste. 1744
Fort Lauderdale, FL 33301
Ph: (954) 907-1136
Fax: (855) 529-9540

*Attorneys for Plaintiff*

                                                                By:/s/Sangeeta Spengler
                                                                   Sangeeta Spengler, Esq.